Gregory J. Marshall, Bar No. 019886
Matt Jarvey, Bar No. 031350
Taryn Gallup, Bar No. 035002
Zachary J. Smith, Bar No. 039367
SNELL & WILMER LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:    602.382.6000
Facsimile:    602.382.6070
Email: gmarshall@swlaw.com
        mjarvey@swlaw.com
        tgallup@swlaw.com
        zsmith@swlaw.com

*Attorneys for Defendants Global Water – Santa Cruz Water Company, Inc. and Global Water Resources, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAULINE DONATTO, an Arizona citizen; BRADLEY FOLLETT, an Arizona citizen; LINDA GAGNER, an Arizona citizen; JON MACERNIE on behalf of himself and V. G., an incapacitated minor and an Arizona citizen; JOHN ("JACK") PODOJIL, an Arizona citizen; KRYSTAL STANLEY, an Arizona citizen; and TERRY YOSHII, an Arizona citizen, all on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GLOBAL WATER-SANTA CRUZ WATER COMPANY, INC., an Arizona public service corporation; GLOBAL WATER RESOURCES, INC., a Delaware corporation with its principal place of business in Arizona,<br><br>        Defendants. | Case No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 (FEDERAL QUESTION JURISDICTION)** |

Pursuant to 28 U.S.C. §§ 1441, 1446, and LRCiv 3.6, Defendants Global Water – Santa Cruz Water Company, Inc. ("GW-SC") and Global Water Resources, Inc. ("GWR") (collectively, "Defendants") remove to this Court the state court civil action described below.  The grounds for removal are the following:

1.     Plaintiffs commenced this putative class action on November 25, 2025, by filing a Class Action Complaint (the "Complaint") in the Superior Court of the State of Arizona, in and for Pinal County, Case Number S1100CV202504096 (the "State Court Action").  Before Defendants appeared or responded to the Complaint, Plaintiffs filed a First Amended Class Action Complaint (the "FAC") on December 29, 2025, in the State Court Action.

2.     Plaintiffs served the Summons and Complaint on Defendants on December 8, 2025.  Defendants' removal, effected within 30 days of Defendants being served with the Complaint, is therefore timely.  *See* 28 U.S.C. § 1446(b).

3.     Plaintiffs, each of whom are alleged to be GW-SC customers, allege that GW-SC, a water utility, violated standards set by various federal regulations in GW-SC's public notification and response after receiving a single positive E. coli test at a single testing site within the GW-SC water system.  Premised on these violations of federal standards, Plaintiffs variously assert the following claims in the FAC against Defendants: (1) declaratory judgment related to "Unduly Delayed & Inadequate Public Notification"; (2) declaratory judgment related to "False and Misleading Public Notification"; (3) negligence *per se*; and (4) public nuisance.

4.     This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because Plaintiffs' claims "arise[] under" federal law.  Although pled as state-law causes of action, in substance, Plaintiffs' claims rest on the application of *federal* regulations and standards.  Plaintiffs' claims thus "implicate significant federal issues" such that this Court has federal-question jurisdiction over this action and it is removable by Defendants. *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312 (2005).

5. Specifically, Plaintiffs' claims ultimately rest or rely on purported rules and standards in the federal National Primary Drinking Water Regulations, promulgated by the federal Environmental Protection Agency ("EPA") and found in Title 40, Part 141 of the Code of Federal Regulations. For example, among Plaintiffs' most-frequently cited federal rules in the FAC are the following: the Revised Total Coliform Rule ("RTCR"), found in 40 C.F.R. §§ 141.851 to 141.861, which Plaintiffs allege "is a federal regulation promulgated by the … EPA … pursuant to the Safe Drinking Water Act," FAC ¶ 27; and rules related to "Tier 1 public notice," found in 40 C.F.R. § 141.202.

6. Plaintiffs explicitly cite federal laws, federal regulations, and federal agency materials in at least 56 paragraphs in the FAC. *See* FAC ¶¶ 27, 47, 48, 49, 51, 52, 57, 58, 59, 60, 62, 63, 64, 65, 67, 74, 76, 78, 79, 80, 82, 88, 99, 138, 142, 150, 151, 152, 157, 165, 168, 173, 176, 177, 181, 183, 187, 191, 193, 227, 246, 251, 292, 354, 355, 380, 386, 388, 401, 409, 429, 430, 435, 436, 437, 438. Moreover, even where Plaintiffs do not cite specific federal authorities, Plaintiffs reference ubiquitously purported terms or standards from federal regulations, like the RTCR or the Tier 1 public notification rules. *See, e.g.*, *id.* ¶¶ 8, 9, 10, 11, 19, 28, 45, 46, 61, 66, 68, 69, 73, 113, 154, 160, 171, 174, 184, 196, 197, 198, 201, 203, 206, 207, 209, 215, 239, 241, 243, 244, 250, 255, 300, 301, 345, 347, 350, 351, 353, 358, 360, 361, 362, 366, 367, 368, 373, 376, 377, 379, 384, 385, 387, 389, 392, 394, 397, 398, 400, 402, 403, 404, 407, 408, 410, 412, 413, 414, 415, 416, 417, 419, 424, 425, 427, 434, 439, 445, 450, 469, 479, 489, 491. And all of the declaratory or injunctive relief Plaintiffs request in their Prayer for Relief—which is most of the relief sought in the FAC—relates to purported standards set forth in federal regulations. *See id.*, Prayer for Relief, ¶¶ B–I (citing or referencing various provisions of the federal National Primary Drinking Water Regulations, including those related to the RTCR or Tier 1 public notice).

7. For example, in Plaintiffs' claims for declaratory relief in Counts One and Two, Plaintiffs seek declarations to enforce certain purported public-notification rules set forth in the National Primary Drinking Water Regulations, including those related to the RTCR or Tier 1 public notice. *See, e.g.*, *id.* ¶ 345 ("This Count [One] challenges timing

- 3 -

and delivery method of the required Tier 1 public notice[.]"); *id.* ¶ 366 ("An actual, present controversy exists … regarding [GW-SC's] obligations under the RTCR[.]"); *id.* ¶ 380 (seeking "[a] declaration that [GW-SC's] notification practices violate the RTCR and Arizona law," as well as "injunctive relief requiring compliance with existing Tier 1 timing, delivery, and content rules"); *id.* ¶ 392 ("This Count [Two] challenges [GW-SC's] Tier 1 public notice[.]"); *id.* ¶ 435 (seeking injunctive relief ordering GW-SC "to include the information required by 40 C.F.R. §§ 141.202–141.205 (as incorporated by Arizona law)"). Similarly, Plaintiffs' claim for negligence *per se* (Count Three) is premised on the theory that GW-SC and GWR "had a duty under the RTCR" to take various actions. *Id.* ¶ 445. And Plaintiffs' claim for public nuisance (Count Four) rests on allegations that GW-SC and GWR violated standards that ultimately derive from the federal National Primary Drinking Water Regulations. *See, e.g.*, *id.* ¶¶ 479, 489, 491.

8.    This Court has supplemental jurisdiction over any claims arising under state law under 28 U.S.C. § 1367 because those claims "form part of the same case or controversy" as Plaintiffs' claims arising under federal law.

9.    For removal purposes only, venue is proper in this Court because this district and division encompass Pinal County, Arizona, the forum from which the case has been removed. *See* 28 U.S.C. § 1441.

10.    Pursuant to 28 U.S.C. § 1446 and LRCiv 3.6(a), concurrent with filing this Notice of Removal, Defendants are filing a Notice of Removal with the Clerk of the Pinal County Superior Court and will attach a copy of this Notice of Removal thereto. A copy of the State Court Notice of Removal is attached to this Notice of Removal.

11.    Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.6(b), undersigned counsel verifies that true and complete copies of all other documents filed in the State Court Action and available to Defendants have been filed with this Notice of Removal.

- 4 -

DATED this 7th day of January 2026.

SNELL & WILMER L.L.P.


By: */s/ Gregory J. Marshall*
Gregory J. Marshall
Matt Jarvey
Taryn Gallup
Zachary J. Smith
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556

*Attorneys for Defendants Global Water – Santa Cruz Water Company, Inc. and Global Water Resources, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2026, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing, and an emailed copy to the CM/ECF registrants.

Geoffrey M Trachtenberg
Thomas M. Richardson
Krista T. McCarthy
Freidl Richardson, P.C.
13633 North Cave Creek Road
Phoenix, AZ 85022
Geoff@friedlrichardson.com
TMRLit@friedlrichardson.com
Krista@friedlrichardson.com

*Attorneys for Plaintiffs*

By: */s/ Paul Manley*