## INDEX OF LRCIV 3.6(b) EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1. | State Court Docket |
| 2. | Complaint with Exhibits A-D |
| 3. | Certificate of Compulsory Arbitration |
| 4. | Summons to Global Water-Santa Cruz Water Company, Inc. |
| 5. | Summons to Global Water Resources, Inc. |
| 6. | Notice of Impending Dismissal for Failure to Serve |
| 7. | Civil Cover Sheet |
| 8. | Affidavit of Service of Process on Global Water Resources, Inc. |
| 9. | Affidavit of Service of Process on Global Water-Santa Cruz Water Company, Inc. |
| 10. | First Amended Complaint with Exhibits A-D |
| 11. | Waiver of Service |
| 12. | State Court Notice of Removal |

4913-3645-9142

SNELL & WILMER