# Exhibit 1

# Exhibit 1

| Date Stamped | Party | Description | Comment |
|---|---|---|---|
| 12/31/2025 12:45 | GLOBAL WATER-SANTA CRUZ WATER COMPANY, INC  ET AL. | SERVICE: WAIVER OF SERVICE | |
| 12/29/2025 9:18 | DONATTO,  PAULINE  ET AL. | MISCELLANEOUS: Attachments | |
| 12/29/2025 9:18 | DONATTO,  PAULINE  ET AL. | MISCELLANEOUS: Attachments | |
| 12/29/2025 9:18 | DONATTO,  PAULINE  ET AL. | MISCELLANEOUS: Attachments | |
| 12/29/2025 9:18 | DONATTO,  PAULINE  ET AL. | MISCELLANEOUS: Attachments | |
| 12/29/2025 9:18 | DONATTO,  PAULINE  ET AL. | COMPLAINT: AMENDED COMPLAINT | FIRST AMENDED COMPLAINT |
| 12/12/2025 10:44 | GLOBAL WATER-SANTA CRUZ WATER COMPANY, INC | SERVICE: AFFIDAVIT | |
| 12/12/2025 10:44 | GLOBAL WATER RESOURCES, INC. | SERVICE: AFFIDAVIT | |
| 11/25/2025 15:05 | DONATTO,  PAULINE  ET AL. | MISCELLANEOUS: CIVIL COVER SHEET | |
| 11/25/2025 15:05 | DONATTO,  PAULINE  ET AL. | NOTICE: Impending Dismissal | APRIL 08, 2026 @ 10:00AM |
| 11/25/2025 15:05 | GLOBAL WATER RESOURCES, INC. | SUMMONS: SUMMONS | |
| 11/25/2025 15:05 | GLOBAL WATER-SANTA CRUZ WATER COMPANY, INC | SUMMONS: SUMMONS | |
| 11/25/2025 15:05 | DONATTO,  PAULINE  ET AL. | ARBITRATION: CERTIFICATE OF COMPULSORY ARBITRATION - IS NOT SUBJECT TO | |
| 11/25/2025 15:05 | DONATTO,  PAULINE  ET AL. | MISCELLANEOUS: Attachments | |
| 11/25/2025 15:05 | DONATTO,  PAULINE  ET AL. | MISCELLANEOUS: Attachments | |
| 11/25/2025 15:05 | DONATTO,  PAULINE  ET AL. | MISCELLANEOUS: Attachments | |
| 11/25/2025 15:05 | DONATTO,  PAULINE  ET AL. | MISCELLANEOUS: Attachments | |
| 11/25/2025 15:05 | DONATTO,  PAULINE  ET AL. | COMPLAINT: Complaint | |