# Exhibit 3

# Exhibit 3

FILED
Rebecca Padilla
CLERK, SUPERIOR COURT
11/25/2025  3:05PM
BY: ARAMOS
DEPUTY

Case No.: S1100CV202504096
HON.  THE HON ROBERT CARTER OLSON

Person/Attorney Filing: Geoffrey M Trachtenberg
Mailing Address: 13633 N. Cave Creek Road
City, State, Zip Code: Phoenix, AZ 85022
Phone Number: (602)553-2220
E-Mail Address: geoff@friedlrichardson.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 019338, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PINAL

PAULINE DONATTO, et al.
Plaintiff(s),

v.

GLOBAL WATER-SANTA CRUZ WATER
COMPANY, INC, et al.
Defendant(s).

Case No.

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Pinal County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this November 25, 2025

By: Geoffrey M Trachtenberg /s/
    Plaintiff/Attorney for Plaintiff

AZTurboCourt.gov Form Set #12424606