# Exhibit 5

# Exhibit 5

Person Filing: Geoffrey M Trachtenberg
Address (if not protected): 13633 N. Cave Creek Road
City, State, Zip Code: Phoenix, AZ 85022
Telephone: (602)553-2220
Email Address: geoff@friedlrichardson.com
Representing [ □ ] Self or [ ☒ ] Attorney for:
Lawyer's Bar Number: 019338, Issuing State: AZ

## SUPERIOR COURT OF ARIZONA
## IN PINAL COUNTY

Case Number:  S1100CV202504096

PAULINE DONATTO, et al.
Name of Plaintiff

**SUMMONS**

AND

GLOBAL WATER-SANTA CRUZ WATER COMPANY, INC, et al.
Name of Defendant

> **WARNING**:  This is an official document from the court that affects your rights.  Read this carefully.
> If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** GLOBAL WATER RESOURCES, INC.
Name of Defendant

1.  **A lawsuit has been filed against you.**  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note:  If you do not file electronically you will not have electronic access to the document in this case.

*AZturboCourt.gov Form Set #12424606*

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this date: *November 25, 2025*

*Rebecca Padilla*
Clerk of Superior Court

By: *ARAMOS*
Deputy Clerk



AZturboCourt.gov Form Set #12424606