# Exhibit 6

# Exhibit 6

FILED
REBECCA PADILLA
Clerk of the Superior Court
Pinal County

Date: 11-25-2025

Time 3:05 PM

By: ALR
Deputy Clerk

## SUPERIOR COURT OF ARIZONA
## PINAL COUNTY

PAULINE DONATTO

Plaintiff

**CASE NUMBER: S1100 CV202504096**

**NOTICE OF IMPENDING DISMISSAL
FOR FAILURE TO SERVE**

GLOBAL WATER-SANTA CRUZ WA: **HONORABLE ROBERT C. OLSON**

Defendant

CAL

### NOTICE AND WARNING:

Rule 4(i) - Pursuant to Rule 4(i), Arizona Rules of Civil Procedure, the Court shall dismiss the action without prejudice unless service is made upon a defendant within 90 days after the filing of the complaint.

This is notice that your case will be dismissed without further notice after 4/8/2026   at 10:00 am if you do not take at least one of the steps listed below:

**A. SERVE THE OTHER PARTY WITH THE COURT PAPERS AND FILE THE PROOF OF SERVICE.** If you have served the other party, you must file proof of service with the Clerk of the Court immediately.

**B. MOTION AND ORDER TO CONTINUE ON THE INACTIVE CALENDAR:** You may file a motion requesting additional time to complete the service of the court papers before the court automatically dismisses your case. The order granting the continuance must be SIGNED by the judge BEFORE the dismissal date indicated above.

**C. VOLUNTARY DISMISSAL OF YOUR CASE.** You may dismiss your case instead of waiting for the Court Order of Dismissal.

**You may obtain appropriate documents and instructions from the Pinal County Clerk of the Superior Court website:** http://www.coscpinalcountyaz.gov

WARNING: Failure to comply with this notice may result in THE COURT DISMISSING YOUR CASE without prejudice.
If you have legal questions, consult an attorney who practices in this area of the law and has the expertise you need.

ALR

## CONFORMED COPY FURNISHED

# Exhibit 7

# Exhibit 7

# In the Superior Court of the State of Arizona
# In and For the County of Pinal

**Plaintiff's Attorneys:**

Geoffrey M Trachtenberg - Primary Attorney
Bar Number: 019338, issuing State: AZ
Law Firm: Friedl Richardson
13633 N. Cave Creek Road
Phoenix, AZ 85022
Telephone Number: (602)553-2220
Email address: geoff@friedlrichardson.com

Thomas M Richardson
Bar Number: 018582, issuing State: AZ
Law Firm: Friedl Richardson
Telephone Number: (602)553-2220

Krista T McCarthy
Bar Number: 026969, issuing State: AZ
Law Firm: Friedl Richardson
Telephone Number: (602)553-2220

**Plaintiffs:**

PAULINE DONATTO

BRADLEY FOLLETT

LINDA GAGNER

JON MACERNIE

JON MACERNIE, a guardian for V█████ G/█████, a minor
Minor's Date of Birth: ██████2013

JOHN ("JACK") PODOJIL

KRYSTAL STANLEY

TERRY YOSHII

**Defendants:**

Cv 2026504096

**ROBERT CARTER OLSON**

AZTurboCourt.gov Form Set #12424606

Civil Cover Sheet
Page 1 of 2

ALR

GLOBAL WATER-SANTA CRUZ WATER COMPANY, INC

GLOBAL WATER RESOURCES, INC.

Discovery Tier t3

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Negligence

AZTurboCourt.gov Form Set #12424606

# Exhibit 8

# Exhibit 8

**Integrity Attorney Services**
**P.O. Box 33123**
**Phoenix, Arizona 85067-3123**

| | |
|---|---|
| IAS#: | 147579-ds |
| Atty#: Yoshi Class Action | |

FILED
REBECCA PADILLA
CLERK OF SUPERIOR COURT

**25 DEC 12 AM 10: 44**

BY ___ NV ___

DEPUTY

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF PINAL

PAULINE DONATTO, et al,
    Plaintiff(s),

vs.

GLOBAL WATER-SANTA CRUZ WATER
COMPANY, INC., et al,
    Defendant(s).

Case No: S1100CV202504096

**AFFIDAVIT OF
SERVICE OF PROCESS**

**ROBERT CARTER OLSON**

MICHAEL NAPIER, being duly sworn, states: That I am qualified to serve process in this cause, having been so appointed by the court in Maricopa County, Arizona. I received the following documents in this action:

SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; CIVIL COVERSHEET; LITIGATION HOLD & SPOLIATION NOTICE;

From FRIEDL RICHARDSON, Thomas M. Richardson, SBN 018582 on 12/3/2025, and in each instance I, personally, served a copy of each document listed above on those named below at the time and place shown, that all services, except where noted, were made within Maricopa County, Arizona.

Upon GLOBAL WATER RESOURCES, INC., by service upon its Statutory Agent, MIKE LIEBMAN, personally, at 21410 N. 19th Ave. Ste. 205, Phoenix, Arizona 85027, on 12/8/2025 at 10:20 AM. Description: Male, Caucasian, 40-45 years old, 5'10", 190 lbs, black hair.

/s Michael Napier, MC7334
Affiant authorized under A.R.C.P. 4 to serve legal papers in the above matter

SUBSCRIBED AND SWORN to me this 10th day of December, 2025.

Notary public:    Daniel Joseph Ramos
My commission expires:    October 2, 2029

| | |
|---|---|
| $16.00 | Service(s) |
| $9.00 | Preparation of Affidavit/Notary |
| $ 25.00 | Total |



CONFORMED COPY FURNISHED

SMH

# Exhibit 9

# Exhibit 9

**Integrity Attorney Services**
**P.O. Box 33123**
**Phoenix, Arizona 85067-3123**

| IAS#: | 147578-ds |
|---|---|
| Atty#: Yoshi Class Action | |

FILED
REBECCA PADILLA
CLERK OF SUPERIOR COURT

**25 DEC 12 AM 10: 44**

BY _____ NV _____
DEPUTY

### IN THE SUPERIOR COURT OF THE STATE OF
### ARIZONA IN AND FOR THE COUNTY OF PINAL

PAULINE DONATTO, et al,
   Plaintiff(s),

vs.

GLOBAL WATER-SANTA CRUZ WATER
COMPANY, INC., et al,
   Defendant(s).

Case No: S1100CV202504096

**AFFIDAVIT OF
SERVICE OF PROCESS**

## ROBERT CARTER OLSON

MICHAEL NAPIER, being duly sworn, states: That I am qualified to serve process in this cause, having been so appointed by the court in Maricopa County, Arizona. I received the following documents in this action:

SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION; CIVIL COVERSHEET; LITIGATION HOLD & SPOLIATION NOTICE;

From FRIEDL RICHARDSON, Thomas M. Richardson, SBN 018582 on 12/3/2025, and in each instance I, personally, served a copy of each document listed above on those named below at the time and place shown, that all services, except where noted, were made within Maricopa County, Arizona.

Upon GLOBAL WATER-SANTA CRUZ WATER COMPANY, INC., by service upon its Statutory Agent, MICHAEL LIEBMAN, personally, at 21410 N. 19th Ave. Ste. 205, Phoenix, Arizona 85027, on 12/8/2025 at 10:20 AM. Description: Male, Caucasian, 40-45 years old, 5'10", 190 lbs, black hair

/s Michael Napier, MC7334
Affiant authorized under A.R.C.P. 4 to serve
legal papers in the above matter

SUBSCRIBED AND SWORN to me this 10th day of December, 2025.

Notary public:            Daniel Joseph Ramos
My commission expires:    October 2, 2029

| $16.00 | Service(s) |
|---|---|
| $55.00 | Mileage (22)MN |
| $5.50 | Fuel Surcharge |
| $9.00 | Preparation of Affidavit/Notary |
| $ 85.50 | Total |



DANIEL JOSEPH RAMOS
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 688725
MY COMMISSION EXPIRES
OCTOBER 02, 2029

## CONFORMED COPY FURNISHED

SMI