# Exhibit 11

# Exhibit 11

FILED
Rebecca Padilla
CLERK, SUPERIOR COURT
12/31/2025 12:45PM
BY: RPERRONE
DEPUTY

Gregory J. Marshall, Bar No. 019886
Matt Jarvey, Bar No. 031350
Taryn Gallup, Bar No. 035002
Zachary J. Smith, Bar No. 039367
SNELL & WILMER L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:    602.382.6000
Facsimile:    602.382.6070
Email: gmarshall@swlaw.com
          mjarvey@swlaw.com
          tgallup@swlaw.com
          zsmith@swlaw.com

*Attorneys for Defendants*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PINAL

| | |
|---|---|
| PAULINE DONATTO, an Arizona citizen; BRADLEY FOLLETT, an Arizona citizen; LINDA GAGNER, an Arizona citizen; JON MACERNIE on behalf of himself and V‑‑‑‑ G‑‑‑‑, an incapacitated minor and an Arizona citizen; JOHN ("JACK") PODOJIL, an Arizona citizen; KRYSTAL STANLEY, an Arizona citizen; and TERRY YOSHII, an Arizona citizen, all on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>GLOBAL WATER-SANTA CRUZ WATER COMPANY, INC., an Arizona public service corporation; GLOBAL WATER RESOURCES, INC., a Delaware corporation with its principal place of business in Arizona,<br><br>          Defendants. | No. S1100CV202504096<br><br>**WAIVER OF SERVICE UNDER ARIZONA RULE OF CIVIL PROCEDURE 4(f)(1)** |

SNELL
& WILMER

TO: Geoffrey M. Trachtenberg, Counsel for Plaintiffs

The undersigned counsel represents Defendants Global Water – Santa Cruz Water Company, Inc. and Global Water Resources, Inc. (collectively, "Defendants") in the above-captioned action.

Pursuant to Rule 4(f)(1), Arizona Rules of Civil Procedure, Defendants agree to waive service of a summons in the above-captioned action. I have received an electronic copy of the First Amended Class Action Complaint ("FAC") in the action, which I can duplicate as needed, and a means (via email) by which I can return this signed waiver to you without cost to Defendants.

Defendants agree to save the cost of service of a summons and an additional copy of the FAC in this lawsuit by not requiring that Defendants be served with judicial process in the manner provided by the Arizona Rules of Civil Procedure.

Defendants will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment might be entered against Defendants if an answer or motion under Rule 12 is not served upon you within sixty (60) days after December 31, 2025, or within ninety (90) days after that date if the request was sent outside the United States.

DATED this 31st day of December 2025.

SNELL & WILMER L.L.P.

By: /s/ Matt Jarvey
Gregory J. Marshall
Matt Jarvey
Taryn Gallup
Zachary J. Smith
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556

*Attorneys for Defendants*

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4.1 and Rule 4.2 of the Arizona Rules of Civil Procedure require certain parties to cooperate in saving unnecessary costs of service of the summons and a pleading. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and also must file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment might be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

# Exhibit 12

# Exhibit 12

Gregory J. Marshall, Bar No. 019886
Matt Jarvey, Bar No. 031350
Taryn Gallup, Bar No. 035002
Zachary J. Smith, Bar No. 039367
SNELL & WILMER LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:    602.382.6000
Facsimile:    602.382.6070
Email: gmarshall@swlaw.com
          mjarvey@swlaw.com
          tgallup@swlaw.com
          zsmith@swlaw.com

*Attorneys for Defendants Global Water – Santa Cruz Water Company, Inc. and Global Water Resources, Inc.*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PINAL

| | |
|---|---|
| PAULINE DONATTO, an Arizona citizen; BRADLEY FOLLETT, an Arizona citizen; LINDA GAGNER, an Arizona citizen; JON MACERNIE on behalf of himself and V. G., an incapacitated minor and an Arizona citizen; JOHN ("JACK") PODOJIL, an Arizona citizen; KRYSTAL STANLEY, an Arizona citizen; and TERRY YOSHII, an Arizona citizen, all on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL WATER-SANTA CRUZ WATER COMPANY, INC., an Arizona public service corporation; GLOBAL WATER RESOURCES, INC., a Delaware corporation with its principal place of business in Arizona,<br><br>Defendants. | No. S1100CV202504096<br><br>**DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT** |

**TO: CLERK OF THE SUPERIOR COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that, on January 7, 2026, Defendants filed in the United States District Court for the District of Arizona its Notice of Removal of this action to that Court.

Under 28 U.S.C. § 1446(d), the filing of this Notice of Removal with the Clerk of the Pinal County Superior Court effects removal of this action from the state court to the United Stated District Court, "and the State court shall proceed no further unless and until the case is remanded."

A copy of the Notice of Removal filed with the United States District Court for the District of Arizona is attached as Exhibit A.

DATED this 7th day of January 2026.

SNELL & WILMER L.L.P.

By: */s/ Gregory J. Marshall*
　　Gregory J. Marshall
　　Matt Jarvey
　　Taryn Gallup
　　Zachary J. Smith
　　One East Washington Street
　　Suite 2700
　　Phoenix, Arizona 85004-2556

　　*Attorneys for Global Water – Santa Cruz Water Company, Inc. and Global Water Resources, Inc.*

**ORIGINAL** of the foregoing filed this 7th day of January 2026 with:

Clerk of the Court
Pinal County Superior Court

**COPY** of the foregoing served via AZTurboCourt and emailed this this 7th day of January 2026 to:

Geoffrey M Trachtenberg
Thomas M. Richardson
Krista T. McCarthy
Freidl Richardson, P.C.
13633 North Cave Creek Road
Phoenix, AZ 85022
Geoff@friedlrichardson.com
TMRLit@friedlrichardson.com
Krista@friedlrichardson.com

*Attorneys for Plaintiffs*


By: */s/ Paul Manley*


4933-9253-5678