## UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

### Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

Plaintiff(s): **Pauline Donatto , ; Bradley Follett , ; Jon Macernie , ; V████ G████ , ; John Podojil , ; Krystal Stanley , ; Terry Yoshii , ;**

Defendant(s): **Global Water-Santa Cruz Water Company, Inc. , ; Global Water Resources, Inc. , ;**

County of Residence: Pinal

County of Residence: Pinal

County Where Claim For Relief Arose: Pinal

Plaintiff's Atty(s):

**Geoffrey M Trachtenberg ,**
Freidl Richardson, P.C.
13633 North Cave Creek Road
Phoenix, arizona  85022

**Thomas M. Richardson ,**
Freidl Richardson, P.C.
13633 North Cave Creek Road
Phoenix, arizona  85022

**Krista T. McCarthy ,**
Freidl Richardson, P.C.
13633 North Cave Creek Road
Phoenix, arizona  85022

Defendant's Atty(s):

**Gregory J. Marshall ,**
Snell & Wilmer L.L.P.
One East Washington Street
Phoenix, Arizona  85004-2556
602.382.6000

**Matt Jarvey ,**
Snell & Wilmer L.L.P.
One East Washington Street
Phoenix, Arizona  85004-2556
602.382.6000

**Taryn Gallup ,**
Snell & Wilmer L.L.P.
One East Washington Street
Phoenix, Arizona  85004-2556
602.382.6000

**Zachary J. Smith ,**
Snell & Wilmer L.L.P.
One East Washington Street
Phoenix, Arizona  85004-2556
602.382.6000

**IFP REQUESTED**

**REMOVAL FROM Pinal COUNTY, CASE #S1100CV202504096**

II. Basis of Jurisdiction:    **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:-    **N/A**

Defendant:-    **N/A**

IV. Origin :    **2. Removed From State Court**

V. Nature of Suit:    **893 Environmental Matters**

VI.Cause of Action:    **Declaratory relief re rules and standards in the federal National Primary Drinking Water Regulations, promulgated by the federal Environmental Protection Agency ("EPA") and found in Title 40, Part 141 of the**

VII. Requested in Complaint

Class Action:                    **Yes**

Dollar Demand:

Jury Demand:                     **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** Gregory J. Marshall

   **Date:** 1/7/2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014