**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

---

**1.    Style of the Case:**
Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Pauline Donatto, Bradley Follett, Linda Gagner, Jon Macernie, V.G., John ("Jack") Podojil, Krystal Stanley, and Terry Yoshii | Plaintiffs | Geoffrey M Trachtenberg, Bar No. 019338<br>Thomas M. Richardson, Bar No. 018582<br>Krista T. McCarthy, Bar No. 026969<br>Freidl Richardson, P.C.<br>13633 North Cave Creek Road<br>Phoenix, AZ 85022 Telephone: (602) 553-2220 |
| Global Water – Santa Cruz Water Company, Inc. and Global Water Resources, Inc. | Defendants | Gregory J. Marshall, Bar No. 019886<br>Matt Jarvey, Bar No. 031350<br>Taryn Gallup, Bar No. 035002<br>Zachary J. Smith, Bar No. 039367<br>SNELL & WILMER LLP<br>One East Washington Street, Suite 2700<br>Phoenix, AZ 85004 Telephone: (602) 382-6000 |
|  |  |  |

**2.    Jury Demand:**
Was a Jury Demand made in another jurisdiction?    Yes ⦿        No ◯
If "Yes," by which party and on what date?
Plaintiffs

11/25/2025

**3.    Answer:**
Was an Answer made in another jurisdiction?    Yes ◯        No ⦿
If "Yes," by which party and on what date?

**4.**   **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Defendant, Global Water – Santa Cruz Water Company, Inc. | 12/08/2025 | Service of Process by Process Server on Statutory Agent |
| Defendant, Global Water Resources, Inc. | 12/08/2025 | Service of Process by Process Server on Statutory Agent |
|  |  |  |

**5.**   **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| N/A |  |
|  |  |
|  |  |

**6.**   **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A |  |
|  |  |
|  |  |

**7.**   **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff | Declaratory Judgment (Counts 1 and 2); Negligence Per Se (Count 3); Public Nuisance (Count 4) |
|  |  |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**