Geoffrey M. Trachtenberg, Bar No. 019338
Thomas M. Richardson, Bar No. 018582
Krista T. McCarthy, Bar No. 026969
**FRIEDL RICHARDSON, P.C.**
13633 North Cave Creek Road
Phoenix, Arizona 85022
(602) 553-2220
geoff@friedlrichardson.com
TMRLit@friedlrichardson.com
krista@friedlrichardson.com
*Attorneys for the Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **PAULINE DONATTO**, *et al*., | Case No. 2:26-cv-00101-DWL |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF SERVICE OF PRELIMINARY ORDER** |
| vs. | |
| **GLOBAL WATER–SANTA CRUZ WATER COMPANY, INC.**, *et al*., | |
| Defendants. | |

Plaintiffs , through counsel undersigned, hereby notify the Court they have emailed a copy of Judge Dominic W. Lanza's standing Preliminary Order to counsel for defendants.

DATED: January 9, 2026

**FRIEDL RICHARDSON, P.C.**

By: /s/ Geoffrey M. Trachtenberg
Geoffrey M. Trachtenberg
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office using the CM/ECF System for filing, and emailed a copy to the following CM/ECF registrants:

Gregory J. Marshall
Matt Jarvey
Taryn Gallup
Zachary J. Smith
SNELL & WILMER, LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
*Attorneys for Defendants*
Global Water – Santa Cruz Water Company, Inc.
and Global Water Resources, Inc.
gmarshall@swlaw.com
mjarvey@swlaw.com
tgallup@swlaw.com
zsmith@swlaw.com.


By: /s/ Lisa Balbini