SEAN P. HEALY, SB #018393
Sean.Healy@lewisbrisbois.com
KATHRYN HONECKER, SB #020849
Kathryn.Honecker@lewisbrisbois.com
STEPHEN HOFFMAN, SB #013875
stephen.hoffman@lewisbrisbois.com
HEATHER HAMPSTEAD, SB #032954
heather.hampstead@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Firm email: azdocketing@lewisbrisbois.com

*Attorneys for Defendants Global Water –Santa Cruz Water Company, Inc. and Global Water Resources, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Pauline Donatto, *et al.*, | Case No. 2:26-cv-00101-DWL |
| Plaintiffs, | **STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** (Second Request) |
| vs. | |
| Global Water–Santa Cruz Water Company, Inc., *et al.* | |
| Defendants. | *(The Honorable Dominic W. Lanza)* |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.3 of the United States District Court for the District of Arizona, the parties stipulate and agree that Defendants Global Water –Santa Cruz Water Company, Inc. and Global Water Resources, Inc. ("Defendants") do not have to respond to Plaintiffs' First Amended Class Action Complaint (FAC) until 30 days after the Court enters a final order on either Plaintiffs'

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

171509135.2

Motion for Remand [Doc. 5]. In the event the case is remanded but the superior court has not yet accepted the case so as to allow Defendants to timely file their response within 30 days in accordance with the preceding sentence, the parties agree that Defendants shall have 7 days to file their response after the state court advises the parties that the case has been accepted.

This is the parties' second request for an extension of time to respond to the FAC. A proposed form of Order, consistent with the relief requested, and in compliance with Rule 7.1(b)(3) of the Local Rules of Civil Procedure, is filed separately with this Stipulation.

Good cause exists to extend this deadline.

1. On January 8, 2026, Defendants filed a Notice of Removal from the Superior Court of Pinal County to the United States District Court for the District of Arizona [Doc. 1].

2. On January 9, 2026, Plaintiffs filed a Motion to Remand to State Court (the "Motion for Remand") [Doc. 5].

3. On January 13, the parties jointly moved to extend Defendants' deadline to respond to the FAC [Doc. 8].

4. On January 13, 2026, this Court granted the parties' Joint Motion for Extension of Time [Doc. 9], which extended the deadline to respond to March 2, 2026.

5. On February 17, 2026, undersigned counsel at Lewis Brisbois substituted in as Plaintiff's counsel.

6. This extension of time to respond to the FAC will allow the Court to determine the appropriate forum for this case before Defendants are required to respond and/or the parties engage in briefing substantive issues.

8. This request is made "before the original time or its extension expires" for Defendants to respond to the FAC. Fed. R. Civ. P. 6(b)(1)(A).

For these reasons, the parties respectfully request that the Court enter the Stipulated Order (filed herewith) to (i) enlarge Defendants' time to respond to the FAC until 30 days after the Court enters a final order on either Plaintiffs' Motion for Remand and (ii) accept

the parties stipulation that in the event the case is remanded but the superior court has not yet accepted the case so as to allow Defendants to timely file their response within 31 days in accordance with the preceding sentence, the Defendants shall have 7 days to file their response after the state court advises the parties that the case has been accepted.

Dated this 17th day of February, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**



By _____
    Sean P. Healy
    Kathryn Honecker
    Stephen Hoffman
    Heather Hampstead
    *Attorneys for Defendants*


**FRIEDL RICHARDSON PC**


By __*/s/ Geoffrey Trachtenberg* (w/ permission)__
    Geoffrey Mark Trachtenberg
    Krista Tremaine McCarthy
    Thomas Michael Richardson
    13633 N Cave Creek Rd.
    Phoenix, AZ 85022
    geoff.trachtenberg@gmail.com
    krista@friedlrichardson.com
    TMRLit@FriedlRichardson.com
    *Attorneys for Plaintiffs and the Proposed Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System for filing.

I hereby certify that on this same date, the foregoing document was mailed as follows:

Geoffrey Mark Trachtenberg
Krista Tremaine McCarthy
Thomas Michael Richardson
**FRIEDL RICHARDSON PC**
13633 N Cave Creek Rd.
Phoenix, AZ 85022
geoff.trachtenberg@gmail.com
krista@friedlrichardson.com
TMRLit@FriedlRichardson.com
*Attorneys for Plaintiffs and the Proposed Class*

/s/ Raelyn Gilkison


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4