IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Pauline Donatto, *et al.*, | Case No. 2:26-cv-00101-DWL |
| Plaintiffs, | **ORDER** |
| vs. | *(The Honorable Dominic W. Lanza)* |
| Global Water–Santa Cruz Water Company, Inc., *et al.* | |
| Defendants. | |

This Court, having considered the parties' Stipulation and Joint Motion for Extension of Time for Defendants to Respond to Plaintiffs' First Amended Class Action Complaint [Doc. 13], and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' deadline to respond to Plaintiffs' First Amended Class Action Complaint shall be extended to and including 30 days after the Court enters a final order on Plaintiffs' Motion for Remand. In the event the case is remanded but the superior court has not yet accepted the case so as to allow Defendants to timely file their response within 30 days in accordance with the preceding sentence, the parties have stipulated and agree that Defendants shall have seven (7) days to file their response after the state court advises the parties that the case has been accepted.

DATED this _____ day of February, 2026.

_____
*Hon. Dominic W. Lanza*

171509289.2